

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jerry Lee Sanders, Appellant

No. 06-21-00119-CV          v.

Cheryl Vaughan, as Independent Executrix
of the Estate of Dollie Barrett, Deceased,
Appellee

Appeal from the County Court at Law No.
2 of Hunt County, Texas (Tr. Ct. No.
CC2100382).    Memorandum Opinion
delivered by Justice van Cleef, Chief
Justice Morriss and Justice Stevens
participating.

As stated in the Court's opinion of this date, we vacate the trial court's judgment and dismiss the cause for want of jurisdiction.

We further order that the appellee pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 2, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk